UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-1111 (RMC) |
| KATHLEEN SEBELIUS, Secretary of Health and Human Services, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order above, it is hereby

**ORDERED** that Defendants' motion to dismiss [Dkt. # 9] is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff's motion for preliminary injunction [Dkt. # 5] is combined with trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2), and **JUDGMENT** is entered in favor of Defendants; and it is

**FURTHER ORDERED** that the motion for leave to file supplemental memorandum filed by proposed intervenor Apotex, Inc. [Dkt. # 17] is **GRANTED**; and it is

**FURTHER ORDERED** that the motion to intervene as a defendant filed by Apotex, Inc. [Dkt. # 11] is **DENIED**, but Apotex, Inc. may file, as amicus curiae, the opposition to preliminary injunction set forth as Exhibit 5 to the motion to intervene [Dkt. # 11-6].

Accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App.

P. 4(a).

       **SO ORDERED.**


Date: July 31, 2009                                               /s/
                                                              ROSEMARY M. COLLYER
                                                              United States District Judge